Prob 12
(Rev. 1.88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Jeremy Hamm                                    Docket No. 05-00208-001

Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jeremy Hamm, who was placed on supervision by The Honorable Chief Judge Gary L. Lancaster, sitting in the Court at Pittsburgh, Pennsylvania, on the 20th day of December, 2006, who fixed the period of supervision at four years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall not possess a firearm or destructive device.
- Shall cooperate in the collection of DNA.
- Shall participate in a program of testing, and if necessary, treatment for substance abuse as directed.
- Shall participate in a mental heath treatment program as directed.
- Shall pay a special assessment fee of $100.

U.S.A. vs. Jeremy Hamm                                    Docket No. 06-00258-001

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jeremy Hamm, who was placed on supervision by The Honorable Chief Judge Gary L. Lancaster, sitting in the Court at Pittsburgh, Pennsylvania, on the 20th day of December, 2006, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall not possess a firearm or destructive device.
- Shall cooperate in the collection of DNA.
- Shall participate in a program of testing, and if necessary, treatment for substance abuse as directed.
- Shall participate in a mental heath treatment program as directed.
- Shall pay a special assessment fee of $100.

U.S.A. vs. Jeremy Hamm                                    Docket No. 09-00263-001

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jeremy Hamm, who was placed on supervision by The Honorable Chief Judge Gary L. Lancaster, sitting in the Court at Pittsburgh, Pennsylvania, on the 9th day of July, 2010, who fixed the period of supervision at two years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall participate in the CROMISA program. Such participation shall include compliance with all residential requirements and the defendant shall remain in the program until he is released from same by both the program director and the probation officer.

U.S.A. vs. Jeremy Hamm
Docket No. 05-00208-001, 06-00258-001, and 09-00263-001
Page 2

- Shall not possess a firearm or destructive device.
- Shall cooperate in the collection of DNA.
- Shall participate in a program of testing, and if necessary, treatment for substance abuse as directed.
- Shall participate in a mental heath treatment program as directed.
- Shall pay a special assessment fee of $100.

| | |
|---|---|
| 12-20-06: | (05-208) Possession with Intent to Distribute Cocaine; 60 months incarceration followed by four years' supervised release, concurrent to 06-258. (06-258) Possession of a Firearm by a User of a Controlled Substance; 60 months incarceration followed by four years' supervised release, concurrent to 05-208. |
| 07-03-09: | Escaped from Renewal Center. |
| 07-09-10: | (09-263) Escape from Custody; time served followed by two years' supervised release. To be released directly to CROMISA. |
| 07-13-10: | Released to supervision, directly to CROMISA; currently supervised by USPO Stephen Leahey. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the defendant has violated the following conditions of his supervised release.

**• (05-208 & 06-258) The defendant shall participate in a mental health treatment program approved by the probation officer. The defendant shall stay in any such program until he is released from it by the probation officer.**

**• (09-263) The defendant shall participate in the CROMISA (Community Reintegration of Offenders with Mental Illness and Substance Abuse) program. Such participation shall include compliance with all residential requirements and the defendant shall remain in the program until he is released from same by both the program director and the probation officer.**

On July 13, 2010, Mr. Hamm was released from the Allegheny County Jail directly to the CROMISA program. On August 9, 2010, Mr. Hamm left the program without permission and subsequently returned approximately twelve hours later. On August 23, 2010, Mr. Hamm walked away from the facility without authorization and did not return until August 25, 2010. On September 1, 2010, Mr. Hamm again left the program without permission, and has not returned. His current whereabouts are unknown.

U.S.A. vs. Jeremy Hamm
Docket No. 05-00208-001, 06-00258-001, and 09-00263-001

PRAYING THAT THE COURT WILL ORDER a bench warrant be issued for the arrest of the supervised releasee for alleged violations of supervision and that bond be set.~~at~~ _BY U.S. MAGISTRATE JUDGE_

ORDER OF COURT tc
Considered and ordered this __20th__ day of __Sept__, 20 _10_ and ordered filed and made a part of the records in the above case.

_____
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 15, 2010

_____
Stephen F. Leahey
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:   Pittsburgh, Pennsylvania